UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 10882
   AUSTIN L MCFARLANE
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

      Debtor
  SSN XXX-XX-2175


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 08/31/2006 and was confirmed 11/08/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was dismissed after confirmation 11/12/2008.
-------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | SECURED | .00 | .00 | .00 |
| CAPITAL ONE AUTO FIN | UNSECURED | .00 | .00 | .00 |
| LITTON LOAN SERVICING | CURRENT MORTG | .00 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 5189.13 | .00 | 741.66 |
| B-LINE LLC | UNSECURED | 3475.43 | .00 | 496.70 |
| ECAST SETTLEMENT CORP | UNSECURED | 4071.59 | .00 | 581.93 |
| BEST BUY | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 11363.17 | .00 | 1624.07 |
| ECAST SETTLEMENT CORP | UNSECURED | 8344.37 | .00 | 1192.60 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 14812.42 | .00 | 2117.04 |
| ECAST SETTLEMENT CORP | UNSECURED | 3804.54 | .00 | 543.74 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWESTERN DENTAL | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY WICKS | UNSECURED | NOT FILED | .00 | .00 |
| RETAIL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| RETAILERS NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| SEARS | UNSECURED | NOT FILED | .00 | .00 |
| CRESCENT RECOVERY LLC | UNSECURED | 1746.11 | .00 | 249.55 |
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 757.17 | .00 | 108.24 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 155.13 | .00 | 15.51 |
| CYNTHIA J BRISCOE | DEBTOR ATTY | 1,074.00 | | 1,074.00 |
| TOM VAUGHN | TRUSTEE | | | 627.79 |
| DEBTOR REFUND | REFUND | | | 7.17 |

    Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 9,380.00 | |

-------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 10882 AUSTIN L MCFARLANE

```
PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                               7,671.04
ADMINISTRATIVE                                          1,074.00
TRUSTEE COMPENSATION                                      627.79
DEBTOR REFUND                                               7.17
                        ---------------     ---------------
TOTALS                         9,380.00            9,380.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 02/25/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE